IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RANDY JERMAINE JACKSON,

     Appellant,

v.

     CASE NO. 1D16-4221

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed May 17, 2017.

An appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Randy Jermaine Jackson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., CONCUR.